UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,<br>　　　　Plaintiff,<br>　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 17-cv-05891-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated October 13, 2017, the Clerk of the Court directed plaintiff to complete an *in forma pauperis* ("IFP") application or pay the $400 filing fee. The court provided plaintiff with a blank IFP application, along with a notification that the case would be dismissed if plaintiff failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed, and plaintiff has not paid the filing fee. Plaintiff also has not filed a completed application to proceed IFP.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 11/30/2017

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge