# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

    Plaintiff,

v.

UNKNOWN,

    Defendant.

Case No. 17-cv-05891-HSG (PR)

**JUDGMENT**

The action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge